IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ESTATE OF GARY T. WORSTER, by and through Juanita Clay, Special Administrator for the heirs and next-of-kin;<br><br>Plaintiff,<br><br>vs.<br><br>RIDGECREST SNF OPERATIONS, LLC, HVH NE HOLDINGS LLC, HVH NE MANAGEMENT LLC, and HILL VALLEY HEALTHCARE LLC,<br><br>Defendants. | 8:23CV358<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order entered on this date, judgment is hereby entered in favor of the defendants.  This case is dismissed without prejudice.

Dated this 10th day of December, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge